# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 22, 2024

**VIA ECF & EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

Hon. Judith C. McCarthy

5-22-2024

Re:    *United States v. Edward Mezger, 24-MJ-1503*

Dear Honorable Judge McCarthy:

I write to respectfully request the Court modify Mr. Mezger's conditions to suspend the location monitoring requirement while he attends inpatient drug treatment.

Mr. Mezger made his initial appearance on April 16, 2024, before the Honorable Andrew E. Krause and was released on conditions. Amongst those conditions, were location monitoring and participation in an inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services officer. Shortly after his release, his Pre-Trial Services Officer, Leo Barrios, recommended to Mr. Mezger that he participate in inpatient drug treatment to which Mr. Mezger agreed. He entered inpatient drug treatment at Samaritan Village within a week of his release and has continued in the program since.

Given that he is currently enrolled in inpatient treatment, Pre-Trial Services through Mr. Barrios has requested that the location monitoring condition be suspended while he attends that program and be re-instated once that program is completed. I have consulted with the government through Assistant United States Attorney Kaiya Arroyo who has no objection to this request. Therefore, Mr. Mezger respectfully requests that his conditions be modified to suspend the location monitoring requirement while he attends inpatient drug treatment. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:    Kaiya Arroyo, AUSA
       Leo Barrios, PTS