# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

November 21, 2024

**VIA ECF & EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *United States v. Edward Mezger, 24-mj-1503*

Dear Honorable Judge Reznik:

I write to respectfully request the Court modify Mr. Mezger's conditions to permit him to travel to North Carolina to attend his uncle's funeral.

Mr. Mezger made his initial appearance on April 16, 2024, before the Honorable Andrew E. Krause and was released on conditions. Amongst those conditions, were location monitoring and participation in an inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services officer. Shortly after his release, his Pre-Trial Services Officer, Leo Barrios, recommended to Mr. Mezger that he participate in inpatient drug treatment to which Mr. Mezger agreed. He entered inpatient treatment Samaritan Village within a week of his release and completed successfully completed that program. He has continued with outpatient treatment without incident and continues to test negative for controlled substances.

Mr. Mezger's paternal uncle passed away on Sunday, November 17, 2024. The family has arranged for a funeral in Mooresville, North Carolina near Charlotte for Sunday, November 24, 2024. *See* Obituary Kenneth Mezger, attached hereto as Exhibit A. Mr. Mezger wishes to attend the funeral and is seeking permission to travel out of district to attend this event. If this request is approved, he would travel to North Carolina on Saturday, November 23, 2024, and return Monday, November 25, 2024.

I have conferred with his supervising officer, Mr. Barrios, who does not object to this request. I have conferred with the government, through Assistant United States Attorney Kaiya Arroyo who opposes this request given the severity of the charges.

Mr. Mezger respectfully requests that his request be granted over the government's objection given the travel to attend a funeral and the limited time window he would be out of district. Thank you for your time and consideration.

>                    Respectfully submitted,
>
>                    *[signature]*
>
>                    Elizabeth K. Quinn
>                    Assistant Federal Defender

cc:   Kaiya Arroyo, AUSA
      Leo Barrios, PTS

APPLICATION GRANTED

*[signature]*

Hon. Victoria Reznik, U.S.M.J.

November 21, 2024

# EXHIBIT A



CALL US (704) 664-3363

Send Beautiful Flowers

Not sure what to send?

Share a Memory

Share   

# Kenneth John Mezger

November 19, 1964 - November 17, 2024

 Recommend   339 people recommend this. Sign Up to see what your friends recommend.

Login

PRINT

The family of Kenneth John Mezger created this Life Tributes page to make it easy to share your memories.

 **Obituary & Service**
Kenneth John Mezger, 59, of Mooresville, NC,
 View More

**Share a Memory Below**
A comforting word from you means a lot.
Share a Memory

 **Flowers & Gifts**
Send flowers to Kenneth's Memorial Service.
 Send Flowers

| Tribute Wall | Photos & Videos | **Obituary & Service** | + More |

## Obituary for Kenneth John Mezger

Kenneth John Mezger, 59, of Mooresville, NC, passed away peacefully in the afternoon of November 17th, surrounded by his family, after a brave battle with cancer.

Born to Edward and Marie Mezger on November 19th, 1964 in Carmel, New York, Ken was a 1983 graduate of Brewster High School. Ken met the love of his life Melissa Gmerek that same year and they were married in 1986. Together they moved to Teays Valley, WV in 1989, where they had their two daughters, Kayleigh and Taylor. They would reside in West Virginia until 2004, when the family relocated to Mooresville, NC.

Ken is survived by Melissa, his wife of 38 years and the absolute light of his life. Daughters: Kayleigh Mezger, Taylor Mezger-Lewis and husband Casey Lewis. His grandson, Walker Lewis. Siblings Debra Bryan of Vestal, NY and Michael Mezger of Rochester, NY. His mother-in-law, Ursula Gmerek of Mooresville, NC. Numerous brothers and sisters in law, nieces, nephews, cousins, aunts, uncles and friends - whom he loved each and every one deeply.

In addition to his parents, he is preceded in death by his grandparents, who raised him, Alfred and Lillian Ryerson. Father-in-law Walter Gmerek of Mooresville, NC. And his oldest brother Edward Mezger, of Chappaqua, NY.

Ken dedicated multiple decades working in the auto industry. He started out by washing cars in high school, selling cars for many years and eventually working his way up to finance manager, a position he maintained for the last 25 years of his career.

Ken completely embodied the phrase, "work hard, play hard". Not only was he a skilled and devoted employee, winning many auto group sales competitions and awards, he was also always the life of the party! He relished time spent entertaining family and friends, telling the best stories and enjoying a great cocktail. Ken absolutely loved music, and there was rarely a moment in his life where there wasn't music playing. He enjoyed live music as well, whether a large concert, or a small set at a bar.

Case 7:24-mj-01503-UA    Document 23    Filed 11/21/24    Page 53 of 64





He loved to laugh, to garden and do yard work and travel. He loved to dance and was truly most content dancing with Melissa on their back deck together.

A Memorial service will be held at 2:00 PM on Sunday, November 24 at the Heritage House of Cavin-Cook Funeral Home.

The family would like to extend their deepest gratitude to all family, friends, hospice nurses, physicians and staff for the unwavering, compassionate and supportive care that was provided. Your kindness will never be forgotten.

In lieu of flowers, memorial donations may be made to Wake Forest Baptist Hospital, Hospice & Palliative Care of Iredell County, or The American Cancer Society.

Cavin-Cook Funeral Home & Crematory, Mooresville, is serving the Mezger's family. Condolences may be made to the family at www.cavin-cook.com.

To send flowers or a memorial gift to the family of Kenneth John Mezger please visit our Sympathy Store.

**Send Beautiful Flowers**

Share

## Upcoming Events

### Memorial Service

NOV **24**. 2:00 PM - 2:45 PM (ET)

Heritage House of Cavin-Cook Funeral Home
494 E. Plaza Drive
Mooresville, NC 28115

**Order Flowers for the Memorial Service**

Guaranteed delivery before Kenneth's Memorial Service begins.



© Stadia Maps, © OpenMapTiles © OpenStreetMap

Get Driving Directions

---

Homepage

Funerals & Obituaries

Flowers & Gifts

About Us

Services

Plan Ahead

Resources

Grief & Healing

Contact Us

Event Center

Financing Options

Merchandise

Site Map



Send Beautiful Flowers

Share

Back to top

© 2024 Cavin-Cook Funeral Home & Crematory. All Rights Reserved.

Made with love by **funeralOne**