# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2025

**VIA ECF & EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

APPLICATION GRANTED

(Viewed) C. McCarthy
Hon. Judith C. McCarthy
3-3-2025

Re:   *United States v. Edward Mezger, 24-mj-1503*

Dear Honorable Judge McCarthy:

    I write to respectfully request the Court modify Mr. Mezger's conditions to permit him to take his mother to LaGuardia airport tomorrow morning, March 4, 2025, and pick her up Thursday, March 6, 2025, in the afternoon.

    Mr. Mezger made his initial appearance on April 16, 2024, before the Honorable Andrew E. Krause and was released on conditions. Amongst those conditions, were location monitoring and participation in an inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services officer. Shortly after his release, his Pre-Trial Services Officer, Leo Barrios, recommended to Mr. Mezger that he participate in inpatient drug treatment to which Mr. Mezger agreed. He entered inpatient treatment Samaritan Village within a week of his release and completed successfully completed that program. He continued with outpatient treatment without incident and completed that program last month. He continues to test negative for controlled substances.

    Mr. Mezger lives with his mother. His father died unexpectedly shortly before his arrest in this matter and his elder sister lives upstate. As he lives with his mother, it would be most convenient for him to transport her to and from the airport for her trip. I have conferred with his supervising officer, Viosanny Harrison, and the government, through Assistant United States Attorney Kaiya Arroyo. Neither object to this request. Therefore, Mr. Mezger respectfully requests that his request be granted.

Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc: Kaiya Arroyo, AUSA
Viosanny Harrison, PTS