**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 14, 2025

**VIA ECF & EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

    Re:    *United States v. Edward Mezger, 24-mj-1503*

Dear Honorable Judge Krause:

    I write to respectfully request the Court modify Mr. Mezger's conditions to change him from home detention to a curfew. I was contacted by Mr. Mezger's supervising Pre-Trial Services Officer, Viosanny Harrison, regarding this request and she supports the modification.

    Mr. Mezger made his initial appearance on April 16, 2024, before Your Honor and was released on conditions. Amongst those conditions, were location monitoring and participation in an inpatient or outpatient substance abuse therapy and counseling as directed by the pretrial services officer. Shortly after his release, his then Pre-Trial Services Officer, Leo Barrios, recommended to Mr. Mezger that he participate in inpatient drug treatment to which Mr. Mezger agreed. He entered inpatient treatment Samaritan Village within a week of his release and completed successfully completed that program. He continued with outpatient treatment and completed that program last month. He continues to test negative for controlled substances.

    Mr. Mezger began working at church earlier this year. His hours fluctuate depending upon the needs of the church, which requires him to frequently seek approval from Pre-Trial to go to work while meeting his release conditions. As noted, Mr. Mezger's supervising officer, Viosanny Harrison, supports this request. I have conferred with the government, through Assistant United States Attorney Kaiya Arroyo, who opposes this request. However, given his work situation and how well he has been doing on supervision, including completing both inpatient and outpatient drug treatment, it is respectfully requested that his conditions be modified over the government's objection.

Thank you for your time and consideration.

>Respectfully submitted,
>
>Elizabeth K. Quinn
>Assistant Federal Defender

cc: Kaiya Arroyo, AUSA
Viosanny Harrison, PTS

> The Court has received Defendant's letter motion to modify his conditions of release (ECF No. 30) and the Government's opposition (ECF No. 31). The requested modification of the bond condition is GRANTED. The condition of home detention is hereby replaced with a condition of curfew, with the hours of the curfew to be as directed by Pretrial Services. All other conditions of the original bond -- including location monitoring, as directed by Pretrial Services -- remain in place.
>
> Dated: March 19, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge